**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**KELVIN D. HARRIS,**

**Plaintiff,**

**v.** **Case No. 3:26-cv-5082-AW-HTC**

**TONY KNIGHT, et al.,**

**Defendants.**

_________________________________/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge issued a report and recommendation (ECF No. 5), which concludes the court should dismiss without prejudice based on Plaintiff's failure to accurately disclose his litigation history, a failure that constitutes a violation of this court's local rules. Having considered the report and recommendation, and having considered de novo the issues raised in Plaintiff's objections (ECF No. 6), I have concluded dismissal is appropriate.

I now adopt the report and recommendation and incorporate it into this order. All objections are overruled. The request (within the objections) for an extension to disclose additional cases is denied. The dismissal is without prejudice, so Plaintiff can initiate a new action, provided he complies with the court's local rules and fully discloses all litigation history.

The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on November 9, 2026.

s/ *Allen Winsor*
Chief United States District Judge